

# NUMBER 13-18-00056-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

MICHAEL BALDERAZ ON BEHALF OF
THE ESTATE OF JOSEPHINE BALDERAZ,                    Appellant,

v.

DAN MARTIN, M.D. AND SURGICAL
ASSOCIATES—CORPUS CHRISTI, L.L.P.,                    Appellees.

---

On appeal from the 28th District Court
of Nueces County, Texas

---

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Order Per Curiam**

This cause is before the Court on appellant's motion to reinstate. Appellees filed

a response in opposition. On June 7, 2018, this Court previously issued a memorandum

opinion dismissing Cause Number 13-18-00056-CV.

The Court, having fully examined and considered appellant's motion to reinstate is of the opinion that, in the interest of justice, appellant's motion to reinstate and request for extension of time to file the clerk's record should be granted. Accordingly, we withdraw our previous opinion and judgment. Said cause remains pending before the Court.

It is so ORDERED.

PER CURIAM

Delivered and filed the
22nd day of June, 2018.

2